JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DENYS PERDOMO RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>Respondents. | Case No. 5:26-cv-05395-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Petition for Writ of Habeas Corpus (Dkt. 1) is **DENIED**.
2. This action is **DISMISSED WITHOUT PREJUDICE**.

Date: October 27, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge